# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL NO. 1:06CV191

| | |
|---|---|
| **FAIRFIELD RESORTS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **PRELIMINARY** |
| **FAIRFIELD MOUNTAINS** ) | **INJUNCTION** |
| **PROPERTY OWNERS** ) | |
| **ASSOCIATION, INC.,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

For the reasons stated in the Memorandum and Order filed contemporaneously herewith,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for preliminary injunctive relief is **GRANTED**, and the Defendant, its agents, employees and persons or entities acting in concert with the Defendant, are hereby **ENJOINED AND PROHIBITED** from removing, replacing, or modifying any existing signage at Fairfield Mountains.

**IT IS FURTHER ORDERED** that Defendant shall immediately restore to their previous locations any signs that have been removed, replaced or modified while awaiting the Court's decision.

2

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 65(c), security by the Plaintiff for issuance of the preliminary injunction is required, with the Court finding the $50,000 bond filed by Plaintiff on July 14, 2006, sufficient to cover any potential further grounds for relief contained herein.

**IT IS FURTHER ORDERED** that this Preliminary Injunction shall remain in full force and effect until further Order of this Court.

**ENTERED THIS THE 29th DAY OF AUGUST, AT 4:45 PM.**

Signed: August 29, 2006

Lacy H. Thornburg
United States District Judge