IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV91

| | | |
|---|---|---|
| FAIRFIELD RESORTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| FAIRFIELD MOUNTAINS PROPERTY | ) | |
| OWNERS ASSOCIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the July 2007 term in the Asheville Division.

The Court has received the Magistrate Judge's Memorandum and Recommendation allowing the Plaintiff's motion for summary judgment and denying the Defendant's motion for partial summary judgment, and the Defendant has filed objections thereto. The Court will not complete a review of the issues raised in these motions/objections in time for the parties to adequately prepare for trial for the July 2007 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's September 2007 term in the Asheville Division.

2

Signed: June 8, 2007

*[signature]*

Lacy H. Thornburg
United States District Judge