# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV191

| | |
|---|---|
| FAIRFIELD RESORTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **J U D G M E N T** |
| ) | **AND** |
| FAIRFIELD MOUNTAINS PROPERTY ) | **PERMANENT INJUNCTION** |
| OWNERS ASSOCIATION, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Judgment is hereby entered for the Plaintiff and against the Defendant.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Defendant, its agents, employees, and persons or entities acting in concert with the Defendant, are hereby **PERMANENTLY ENJOINED AND PROHIBITED** from removing, replacing, or modifying Signs 2, 3, 5, 6, and 8 identified as follows:

**SIGN 2:** Directional Sign
One sided
4 feet wide by 6 feet high
"Fairfield Mountains Registration Next Left"

**SIGN 3:** Directional Sign
One sided
4 feet wide by 6 feet high
"Fairfield Mountains; Welcome to Apple Valley; Apple Valley Villas; Maple Ridge Townhomes; Bent Creek Townhomes; Stables Closed/Open (Stables portion subsequently removed)

**SIGN 5:** Directional Sign to Realty Office
Two sided
15 feet wide by 7.5 feet high
"Fairfield Mountains Realty; Apple Valley Villas; Maple Ridge; Bent Creek"

**SIGN 6:** Directional Sign
One sided
4 feet wide by 6 feet high
"Fairfield Mountains ½ Mile"
(Second entrance sign at second golf course Two)

**SIGN 8:** Third entrance sign at security gate
Two sided
15 feet wide by 7.5 feet high
"Fairfield Mountains A Resort Community"

**IT IS FURTHER ORDERED** that the Plaintiff recover the costs of this action from the Defendant.

Signed: July 18, 2007

Lacy H. Thornburg
United States District Judge