IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:06-cv-191

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., f/k/a FAIRFIELD RESORTS, INC., </br></br>Plaintiff,</br></br>v.</br></br>FAIRFIELD MOUNTAINS PROPERTY OWNERS ASSOCIATION, INC.,</br></br>Defendant. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' joint motion to modify the permanent injunction previously entered herein.

For the reasons set forth in the consent motion,

**IT IS, THEREFORE, ORDERED** that the parties' joint motion to modify the permanent injunction previously entered herein on July 19, 2007, is **ALLOWED**, and an amended Judgment and Permanent Injunction in accordance with the parties' agreement is entered contemporaneously herewith.

Signed: January 10, 2008

Lacy H. Thornburg
United States District Judge